FILED

UNITED STATES COURT OF APPEALS

SEP 18 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL STERLING,<br><br>        Petitioner - Appellant,<br><br>  v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>        Respondent - Appellee. | No. 08-15203<br><br>D.C. No. CV-06-01583-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before:    LEAVY and CLIFTON, Circuit Judges.

The request for a certificate of appealability is denied due to the failure to

file a timely notice of appeal.  *See* Fed. R. App. P. 4(a); 28 U.S.C. § 2107(a).

All pending motions are denied.

NJ/COA